UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAUREN HACKER,

    Plaintiff

Case No.: 3:22-cv-00567-MMD-CSD

**Order**

    Plaintiff initiated this action by filing a document advising the court of her name, birthplace, and makes references to conspiracy as well as other crimes including fraud, bribery, and treason. Her document references the United States, but it is not clear she intends to sue the United States. (ECF No. 1-1.)

    Plaintiff's filing was not accompanied by the $402 filing fee (consisting of the $350 filing fee and $52 administrative fee). Nor did she file a completed application to proceed *in forma pauperis* (IFP), demonstrating that she cannot afford to pay the filing fee.

    The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis*. The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

    The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to either file a completed IFP application or pay the full $402 filing fee.

    A civil action is initiated by the filing of a complaint. Fed. R. Civ. P. 3. Plaintiff may not initiate a *criminal* action, such as for criminal treason, bribery, fraud, or conspiracy. Such crimes are initiated through the United States Attorney's Office. Plaintiff may, however, initiate a *civil*

action for monetary damages, declaratory, or injunctive relief. The Clerk shall **SEND** Plaintiff a copy of the instructions and form civil complaint. The court's website, https://nvd.uscourts.gov has a self-help portal that may be of assistance.

Federal courts, such as this one, are courts of limited jurisdiction. Generally, a plaintiff may file a civil complaint in federal court if the claims arise under the United States Constitution or other federal law (federal question jurisdiction), or if the claims do not arise under federal law, if the plaintiff and defendant(s) are citizens of different states and the amount in controversy exceeds $75,000 (diversity jurisdiction). Absent diversity jurisdiction, a plaintiff may not bring solely state law claims in federal court. In addition, a plaintiff must determine whether venue is proper in the United States District Court for the District of Nevada. Venue is proper in this court if a defendant resides in the District of Nevada, or if a substantial part of the events or omissions giving rise to the claim occurred here, or a substantial part of property that is the subject of the action is situated here. If this is not the case, the action should likely not be filed in this district.

If Plaintiff files a completed IFP application as well as a complaint, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. If Plaintiff fails to timely file a completed IFP application or pay the filing fee or a complaint, the court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated: March 10, 2023

_____
Craig S. Denney
United States Magistrate Judge